

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ROCK HILL DIVISION

| | | |
|---|---|---|
| RICHARD VANDALE CLOWNEY, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 0:26-105-MGL |
| | § | |
| STATE OF SOUTH CAROLINA, M. KYLE | § | |
| THOMPSON, CINDY S. CRICK, PEYTON | § | |
| SWANCY, and ALAN WILSON, | § | |
| Defendants. | § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## AND DISMISSING THE ACTION WITHOUT PREJUDICE
## AND WITHOUT ISSUANCE AND SERVICE OF PROCESS

Plaintiff Richard Vandale Clowney (Clowney), who is a self-represented pretrial detainee, filed this lawsuit against Defendants State of South Carolina, M. Kyle Thompson, Cindy S. Crick, Peyton Swancy, and Alan Wilson.

The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting to the Court the complaint be dismissed without prejudice and without issuance and service of process. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on February 6, 2026, but Clowney failed to file any objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. It is therefore the judgment of Court the complaint is **DISMISSED WITHOUT PREJUDICE** and without issuance and service of process.

      **IT IS SO ORDERED**.

Signed this 24th day of February, 2026, in Columbia, South Carolina.

                /s/ Mary Geiger Lewis
                MARY GEIGER LEWIS
                UNITED STATES DISTRICT JUDGE

*****

**NOTICE OF RIGHT TO APPEAL**

Clowney is hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.